ALBANY,
February, 1809.

Baker
v.
Philips.

*Per Curiam.* The execution is for the whole penalty, which is certainly irregular. It must be set aside with costs.

Rule granted.

---

BAKER and others *against* PHILIPS.

Pledges of pro-
secution to a de-
claration, are
mere form, and
may be inserted
any time before
judgment.

THERE was a special demurrer to the declaration in this cause, for want of the pledges of prosecution.

*Russel,* for the plaintiffs, cited 3 *Term Rep.* 157. 7 *Term Rep.* 576.

*Henry,* for the defendant.

*Per Curiam.* The pledges of prosecution are mere matter of form, and may be entered any time before judgment. (*Barnes,* 163.) The plaintiffs must have judgment.

Judgment for the plaintiffs.

---

RUDD and EVERETT, executors of CABLE, *against* LONG.

Executors and
administrators
must pay costs
on a judgment of
non-pros.

A JUDGMENT of *non-pros* having been entered against the plaintiffs in this cause, it was submitted to the court, whether, as executors, they were bound to pay costs.

*Per Curiam.* It is well settled, that an executor or administrator must pay costs, on a judgment of *non-pros.* (3 *Burr.* 1584—1586. *Tidd's K. B. Prac.* 898. 6 *Term,* 654.) It is the default of the plaintiffs, and they ought not to be exempted, in such a case, from the payment of costs.